IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEMETRIC PETERSON,

    Plaintiff,

v.    CASE NO. 4:22cv62-RH-MAF

WASTE PRO OF FLORIDA, INC.,

    Defendant.

_____/

## JUDGMENT

This action is voluntarily dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(2).

JESSICA J LYUBLANOVITS,
CLERK OF COURT

May 6, 2022           s/ *Ronnell Barker*
DATE                  DEPUTY CLERK